John A. Berg, OSB No. 120018
jberg@littler.com
Christine Sargent, OSB No. 172189
csargent@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Telephone:    503.221.0309
Fax No.:        503.242.2457

Attorneys for Defendants Resource Staffing Services, Inc., Moody Holdings, Inc., and Jennifer Moody

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ARACELY MEZA ROCHIN,**<br><br>Plaintiff,<br><br>vs.<br><br>**RESOURCE STAFFING SERVICES, INC., MOODY HOLDINGS, INC., and JENNIFER MOODY**<br><br>Defendants. | Case No.<br><br>DECLARATION OF JENNIFER MOODY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL |

I, Jennifer Moody, declare and state as follows:

1.  I have personal knowledge of the facts set forth below and, if called as a witness, can completely testify to them.

2.  I am the President of Resource Staffing Services, Inc. and Moody Holdings, Inc. and am familiar with their corporate structure and history.

3.  Resource Staffing Services, Inc. was incorporated under Oregon law and has

Page 1 – DECLARATION OF JENNIFER MOODY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

maintained its principal place of business in Multnomah County, Oregon at all times.

4. Moody Holdings, Inc. was incorporated under Oregon law and has maintained its principal place of business in Multnomah County, Oregon at all times.

5. I have kept my personal residence in Multnomah County, Oregon since 2014.

**I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Dated:     November 9, 2023

_____
Jennifer Moody

Page 2 – DECLARATION OF JENNIFER MOODY IN SUPPORT
OF DEFENDANTS' NOTICE OF REMOVAL

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309